# EXHIBIT B

VIRGINIA

IN THE CIRCUIT COURT OF LOUISA COUNTY

WILLIAM FARLEY,

          Plaintiff,

v.

WAL-MART STORES EAST, LP,

          Defendant.

Case No. CL24000232-00

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Wal-Mart Stores East, LP ("Walmart") hereby gives notice to the Circuit Court of Louisa County, and to the attorney of record for Plaintiff William Farley that on March 24, 2025, Walmart filed a Notice of Removal, thereby removing this action, formerly entitled *William Farley v. Wal-Mart Stores East, LP*, Case No. CL24000232-00, to the United States District Court for the Western District of Virginia. A copy of the Notice of Removal electronically filed on March 24, 2025 is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Western District of Virginia, together with the filing of a copy of this Notice of Filing of Notice of Removal with this court, effects the removal of this action, and the Circuit Court for Louisa County may proceed no further unless and until the case is remanded.

Dated:  March 24, 2025

Respectfully submitted,

*/s/ G. Bethany Ingle*
G. Bethany Ingle (VSB No. 78622)
Benjamin P. Constine (VSB No. 96925)
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, Virginia 22102
Telephone:    703.442.8425
Facsimile:    703.442.8428
gingle@littler.com
bconstine@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of March 2025, a true and correct copy of

the foregoing Notice of Filing Notice of Removal was served by email and first-class U.S. Mail,

postage prepaid, upon the following:

Joshua Erlich (VSB No. 81298)
Katherine L. Herrmann (VSB No. 83203)
Heather E. Murray (VSB No. 89648)
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd., Suite 700
Arlington, VA 22201
Telephone:    703.791.9087
Facsimile:    703.722.8114
jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com
hmurray@erlichlawoffice.com

*Counsel for Plaintiff*

*/s/ G. Bethany Ingle*
G. Bethany Ingle

- 2 -